IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NUMBER: 25-mj-7184-MAB ) |
| RUSTIN ALAN BERKSHIRE | ) FILED UNDER SEAL ) ) |
| Defendants. | ) |

## CRIMINAL COMPLAINT

I, Omba T. Ngoma, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### INTERSTATE COMMUNICATION WITH A THREAT TO INJURE

On or about the September 3, 2025, in the Southern District of Illinois and the Southern District of Indiana, the defendant,

RUSTIN ALAN BERKSHIRE,

knowingly and willfully did transmit in interstate and foreign commerce from the State of Indiana to the State of Illinois, a communication over the internet, and the communication contained a threat to kidnap and injure McKendree University students, specifically to engage in a school shooting at McKendree University, All in violation of Section 875(c) of Title 18 of the United States Code.

## AFFIDAVIT

1. I, Omba T. Ngoma, am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation ("FBI"), currently assigned to the Springfield Division, Fairview

Heights Resident Agency. I have been so employed since January 2018. As a Special Agent, I have graduated from the FBI Academy. As such, I am a "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure. In my capacity as a Special Agent, I am responsible for investigating violations of federal statutes over which the FBI has investigative jurisdiction to include violations relating to firearms, controlled substances, violent crime, organized crime, public corruption, national security investigations, kidnapping, and bank robberies. During my tenure with the FBI, I have participated in investigations involving national security, bank robbery, crimes involving firearms, and controlled substances. I am familiar with and have used normal methods of investigation, including, but not limited to, visual and electronic surveillance, interviewing witnesses and defendants, reviewing social media accounts, utilization of cellular telephone data, and the utilization of confidential informants and undercover agents. Prior to being a Special Agent with FBI, I was employed as a police officer, tactical response team operator, and personal security to the Director of the National Geospatial-Intelligence Agency (NGA) in Missouri from January 2016 to January 2018. Prior to that, I was employed as a Police Officer with the St. Louis Metropolitan Police Department in Missouri from October 2014 to January 2016. I started my civilian law enforcement career as a Police Officer with the City of Venice in Illinois from January 2012 to October 2014. I also serve as a reserve Special Agent with the United States Army Criminal Investigation Division (USACID.) I have served in that capacity since February 2016.

2.     The statements contained in this affidavit are based on my investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. This affidavit is meant to state facts sufficient to support a finding of probable cause

that the named Defendant committed the charged offense and is not meant to contain a complete record of the entire investigation to date. In support of this Complaint, your affiant states as follows:

3.      The United States is investigating a threat that was transmitted via the internet to McKendree University. These violent threats to McKendree University students and its employees were made by Rustin A. Berkshire by way of his Yahoo email account to a general email and a staff member's email, as well as by Rustin A. Berkshire's Facebook account to McKendree University's Facebook account.

4.      Both Yahoo and Facebook are internet-based platforms. All messages and communications on Yahoo and Facebook travel in interstate and/or foreign commerce.

5.      On or about September 3rd, 2025, at approximately 12:59:53 AM, Berkshire sent an email from his Yahoo account, identified as "rusty_berkshire@yahoo.com" to a McKendree University generic email account with the subject "alumni Rustin". The message stated:

> "i'm an alumni of mckendree and my hatred runs so deep for you people that I've eve been inspired by the bad people that i want public safety and all mckendree to understand that my hatred for this school and the schoo i graduated from runs so deep that i want to make you people and your students suffer. i may"

6.      On or about September 3rd, 2025, at approximately 1:44:57 AM, Berkshire sent an email from his same Yahoo account as identified above to a McKendree University employee email account with the subject line, "graduate". That message stated:

> "I want to hate mckendree children. brandi. i want to be the evil human being that destroys their future. remember me brandy as find a grave.com rustin berkshire the

3

evil shooter of mckendree university."

7. Berkshire sent a private message using his Facebook account, identified as "Rustin Berkshire", to McKendree University's Facebook account. The messages stated:

"i'm rustin, a person you let in your uni along time ago. can i still go in, even though i might try to hurt another human being"

"i blame you all for the way i am"

" i want to hurt you all and the kids in like a mass shooting. because i am rustin the person who does it all."

"my name is rustin. i'm alumni, i graduated, i want ot hurt all mckendree until i'm on find a grave.com as the historian mckendree killer"

"pain and tears for you rustin forever"

"rustin, will you kill the all like audrey, pain and tears forever."

"all of america's school schootings"

"rustin berkshire of the america wave, once compared himself to all others including the words now on finda grave.com"

"Cremated. Specifically: Ashes given to family. gosh will it be that way with me or all families."

"the manner in which i die"

"pain and tears forever rustin for what you do to your alma mater"

"pain and tears forever if you do it you mckendree, rustin. your everything. emotions and all"

"pain and tears foever rustins"

"and the school"

"pain and tears rustin, and mckendree for all time"

"like the school shooters, who's names are on the records"

"pain rustin,"

"pain to you and all your alumni"

8. Following the threats, McKendree University's Public Safety notified Illinois State Police (ISP) of the threats. In response to the threats, ISP directed additional law enforcement to be present and actively patrol the University campus.

9. ISP conducted a law enforcement database search for Berkshire and found that his current residence was located at 429 N 3rd Street, Apartment 4, Vincennes, Indiana, 47591. The Vincennes Police Department (VPD) conducted a welfare check of Berkshire. VPD located Berkshire at his apartment. Berkshire stated he had a few drinks and might have said some things.

10. Berkshire currently has an active Order of Protection filed against him in Clinton County, Illinois Circuit Court by an employee of McKendree University which includes no contact with the protected employee at her place of employment. The McKendree University employee that Berkshire emailed a school shooting threat directly to is supervised by the employee that has an active Order of Protection against Berkshire.

11. Berkshire has previously been convicted of Stalking on October 20, 2021, in Knox County, Indiana, in Case Number 42D01-2108-F6-000449.

FURTHER AFFIANT SAYETH NAUGHT.

Omba T. Ngoma
Special Agent
Federal Bureau of Investigation

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

_____
Alexandria Burns
Assistant United States Attorney


Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 41 by electronic means on September  9 , 2025.

_____
HON. MARK A. BEATTY
United States Magistrate Judge